

# IN THE
# TENTH COURT OF APPEALS

### No. 10-15-00013-CR

**KAREN WHITE,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 12th District Court
Walker County, Texas
Trial Court No. 26,704**

## MEMORANDUM  OPINION

Appellant, Karen White, has filed a motion requesting the dismissal of this appeal.  *See* TEX. R. APP. P. 42.2(a).  We have not issued a decision in the appeal, and appellant and her attorney have personally signed the motion.  *See id.*  Accordingly, we grant the motion and hereby dismiss appellant's appeal.


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Dismissed
Opinion delivered and filed February 12, 2015
Do not publish
[CR25]

